# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENA, INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, a political Division of the State of Nebraska; LEIRION GAYLOR BAIRD, mayor of the City of Lincoln in her official capacity; and PATRICIA D. LOPEZ, director of the Lincoln Health Department in her official capacity;<br><br>Defendants. | **4:21CV3001**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 27). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed, with each party to bear their own costs, expenses, and attorneys' fees.

Dated this 24th day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
